AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:24 pm, Aug 10, 2020

DENNIS J. JOHNSON,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV218-117

SHAUN STANLEY,

   Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 10th day of August, 2020, granting Plaintiff's Motion to Dismiss, Judgment is hereby entered dismissing without prejudice this action pursuant to Federal Rule Civil Procedure 41 (a)(2). This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date  August 10, 2020

John E. Triplett, Acting Clerk
Clerk

*Candy Asbell*
(By) Deputy Clerk

GAS Rev 10/1/03